## George A. Selimos, Administrator of Estate of Christ Selimos, Deceased, Appellee, v. New Tom's Restaurant Company, Appellant.

### Gen. No. 44,892.

John S. Charone, for appellant; Philip Conley, for appellee. Opinion by Justice Schwartz. Not to be published in full. Opinion filed April 4, 1950; released for publication April 21, 1950.